

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

| | | |
|---|---|---|
| SOUTHWESTERN ROOFING, INC., | § | No. 08-17-00068-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 6 |
| VISTACON, INC., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2010-3455) |

**O R D E R**

Pending before the Court is Appellee's motion to dismiss the appeal for lack of jurisdiction because Appellant failed to file a motion for extension of time in which to file the notice of appeal. Appellant filed its notice of appeal within fifteen days after the deadline for filing the notice of appeal, but it did not file an extension motion. *See* TEX.R.APP.P. 26.3. Under the Supreme Court's decision in *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997), an extension motion is implied when a party in good faith files a notice of appeal within the fifteen-day period provided for by Rule 26.3, but the appellant must provide a reasonable explanation for his failure to timely file its notice of appeal. In Appellant's response to the motion to dismiss, counsel explained that the notice of appeal was filed after the deadline but within Rule 26.3's fifteen-day period because he miscalculated the deadline. We conclude that this explanation is reasonable. Appellee's motion to dismiss is denied.

IT IS SO ORDERED this 26th day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.